UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TAMIA CORNELIUS,**

    **Plaintiff,**

v.                                                     Civil Action No. 1:24-cv-00811-KK-LF

**SAFETY HOLDINGS, INC., d/b/a
SAMBASAFETY US**

    **Defendant.**

## DEFENDANT SAFETY HOLDINGS, INC.'S
## MOTION TO STRIKE

Defendant Safety Holdings, Inc. d/b/a SambaSafety ("SambaSafety"), by counsel, hereby moves to strike Plaintiff's Reply in Support of Motion for Partial Summary Judgment (ECF No. 52) for violating Local Rule 7.5, or, in the alternative, limit its consideration to the first twelve pages of Plaintiff's Reply.

WHEREFORE, SambaSafety respectfully requests that the Court: (1) grant this Motion to Strike; (2) strike Plaintiff's Reply in Support of Summary Judgment or, in the alternative, limit its consideration to the first twelve pages of Plaintiff's Reply; and (3) grant it any such other relief as may be appropriate.

Dated:  November 12, 2024                          Respectfully submitted,

                                                                     By: */s/ Timothy St. George*
                                                                       Timothy St. George, Esq.
                                                                       1001 Haxall Point, 15th Floor
                                                                       Richmond, VA 23219
                                                                       Phone: (804) 697-1254
                                                                       Email: timothy.st.george@troutman.com

                                                                      *Attorneys for Defendant Safety Holdings, Inc.*

## RULE 7.1 RECITATION

I hereby certify that on November 12, 2025, I conferred with Plaintiff's counsel in good faith to request concurrence with the foregoing *MOTION TO STRIKE*. I further certify that the foregoing Motion is opposed.

*/s/ Timothy J. St. George*
Timothy J. St. George

*Attorneys for Defendant Safety Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, the foregoing *MOTION TO STRIKE* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Timothy J. St. George*
Timothy J. St. George

*Attorneys for Defendant Safety Holdings, Inc.*
