IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAMIA CORNELIUS,

    Plaintiff,

vs.                                                               No. CIV 24-0811 JB/LF

SAFETY HOLDINGS, INC., d/b/a
SAMBASAFETY US,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Defendant Safety Holdings, Inc.'s Exhibit List for Trial, filed December 4, 2025 (Doc. 72). The Court rules on the Plaintiff's Objections as follows:

| | | | |
|---|---|---|---|
| 1. | D-1 | | overruled |
| 2. | D-2 | | overruled |
| 3. | D-3 | | overruled |

**IT IS ORDERED** as ruled above.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

David Chami
James Ristvedt
Tarek Chami
Consumer Justice Law Firm PLC
Scottsdale, Arizona

    *Attorneys for the Plaintiff*

Timothy J St. George
Andrea McDonald Hicks
Noah DiPasquale
Peter Cox
Troutman Pepper Locke LLP
Richmond, Virginia

    *Attorneys for the Defendant*