# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TAMIA CORNELIUS,

     Plaintiff,

vs.                                                                                      No. CIV 24-0811 JB/LF

SAFETY HOLDINGS, INC., d/b/a
SAMBASAFETY US,

     Defendant.

## <u>ORDER</u>

**THIS MATTER** comes before the Court on the Plaintiff's Exhibit List, filed December 4,

2025 (Doc. 76).  The Court rules as following on the Defendant's Objections:

| | | |
|---|---|---|
| 1. | P-1 | overruled |
| 2. | P-2 | overruled |
| 3. | P-3 | overruled |
| 4. | P-4 | overruled[1] |
| 5. | P-5 | overruled |
| 6. | P-6 | overruled |
| 7. | P-7 | no objection |
| 8. | P-8 | overruled |
| 9. | P-9 | overruled |
| | (P-9 second sentence) | overruled[2] |

---

[1] The Court can give a limiting instruction.

[2] The Court can give a limiting instruction.

|  |  |  |
|---|---|---|
|  | (P-9 fourth sentence) | sustained |
|  | (P-9 sixth, eight, and ninth sentences) | sustained |
| 10. | P-10 | no objection |
| 11. | P-11 | overruled[3] |
| 12. | P-12 | overruled[4] |
| 13. | P-13 | overruled |
| 14. | P-14 | overruled |
| 15. | P-15 | sustained |
| 16. | P-16 | overruled |
|  | (p. 123) | sustained |
|  | (p. 124-first line) | sustained |
|  | (p. 124-third line) | sustained |
|  | (p. 125-first sentence) | sustained |
|  | (p. 125-second sentence) | sustained |
|  | (p. 126-first line) | sustained[5] |
|  | (p. 127-third line) | sustained |
|  | (p. 128) | sustained |
|  | (p. 129-second sentence) | sustained |
|  | (p. 130-first sentence of the last block) | sustained |

---

[3] The Court can give a limiting instruction for p. 23, 29, 30, 37, 43, 47, 49, 64, 91, and 56 (second sentence), 58 (second sentence), 60 (second sentence), 66 (first sentence).

[4] The Court can give a limiting instruction.

[5] The Court can give a limiting instruction.

|  |  | (p. 130-second sentence of the last block) | sustained |
|---|---|---|---|
|  |  | (p. 131) | sustained |
|  |  | (p. 132) | sustained |
|  |  | (p. 133) |  |
|  |  | (p. 134-second line) | sustained |
|  |  | (p. 137-first sentence) | sustained |
|  |  | (p. 138-first sentence) | sustained |
|  |  | (p. 139-first sentence) | sustained |
|  |  | (p. 141-first sentence) | sustained |
|  |  | (p. 142-first sentence) | sustained |
|  |  | (p. 143-first sentence) | sustained |
|  |  | (p. 144) | sustained |
|  |  | (p. 145-first sentence) | sustained |
|  |  | (p. 147-first full sentence) | sustained |
|  |  | (p. 147-second sentence) | sustained |
|  |  | (p. 148-second sentence) | sustained |
|  |  | (p. 149-last sentence) | sustained |
|  |  | (p. 149-first sentence) | sustained |
|  |  | (p. 150-second sentence) | sustained |
|  |  | (p. 150-next to last sentence) | sustained |
| 17. | P-17 |  | sustained |
| 18. | P-18 |  | sustained |
| 19. | P-19 |  | overruled |

20.    P-19 (fourth sentence)                                    sustained

(p. 66-third sentence)

**IT IS ORDERED** as ruled above.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

David Chami
James Ristvedt
Tarek Chami
Consumer Justice Law Firm PLC
Scottsdale, Arizona

*Attorneys for the Plaintiff*

Timothy J St. George
Andrea McDonald Hicks
Noah DiPasquale
Peter Cox
Troutman Pepper Locke LLP
Richmond, Virginia

*Attorneys for the Defendant*